```
                           United States Bankruptcy Court
                           Central District of California
In re:                                                             Case No. 11-10863-ES
Timothy Paul Murnane                                               Chapter 7
Cynthia F. Murnane
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0973-8          User: mlyonsC              Page 1 of 2              Date Rcvd: May 10, 2011
                              Form ID: b18               Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2011.
db/jdb     +Timothy Paul Murnane, Jr.,    Cynthia F. Murnane,    11341 Drysdale Lane,
             Los Alamitos, CA 90720-2935
28406149    ACS,    P.O. Box 7051,    Utica, NY 13504-7051
28406148   +Amrane Cohen,    Chapter 13 Trustee,    770 The City Drive South,    Suite 3300,
             Orange, CA 92868-6922
28406155   +CMRE Financial Services Inc.,    3075 E Imperial Hwy #200,    Brea, CA 92821-6753
28406156   +Deanna Pritchard,    2409 Madrid Court,    Davis, CA 95616-0141
28406157    Farmers Insurance Group,    PO Box 894729,    Los Angeles, CA 90189-4729
28406146   +Halli B. Heston, Esq.,    Heston & Heston, Attorneys At Law,    19700 Fairchild Road, Suite 200,
             Irvine, CA 92612-2528
28406158   +Health Psychology Associates,    1045 Atlanta Ave., #806,    Long Beach, CA 90813-3411
28406159    Jonathan Neil and Associates,    131-A Story Circle, Ste 500,    Santa Rosa, CA 95401
28406160   +Magnitude Strategy and Design,    1356 Coronado Ave.,    Long Beach, CA 90804-2807
28406161   +Memorial Medical Center LB,    2801 Atlantic Ave.,    Long Beach, CA 90806-1799
28406163   +NCO Financial Systems Inc.,    PO Box 15537,    Wilmington, DE 19850-5537
28406162   +Napa Valley Emergency Medical Group,    P.O. Box 11359,    Westminster, CA 92685-1359
28406164    Nelnet,    P.O. Box 82561,    Lincoln, NE 68501-2561
28406165   +Pioneer Credit Recovery, Inc.,    PO Box 189,    Arcade, NY 14009-0189
28406166   +Progressive Financial Svcs, Inc.,    PO Box 24216,    Tempe, AZ 85285-4216
28406167   +Progressive Mgmnt Sys,    1521 W Cameron Ave. Fl 1,    West Covina, CA 91790-2738
28406168   +Queen of the Valley Medical Center,    Dept. LA 21501,    Pasadena, CA 91185-0001
28406169   +Treadway, Lumsdaine & DOyle,    One World Trade Center, Suite 2550,    Long Beach, CA 90831-2550
28406171    U.S. Department of the Treasury,    Debt Management Services,    PO Box 830794,
             Birmingham, AL 35283-0794
28406173   +West Coast Foot and Ankle,    1760 Termino Ave., #319,    Long Beach, CA 90804-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +EDI: QCWDAFF.COM May 11 2011 02:08:00     Charles W Daff (TR),    2009 N. Broadway,
             Santa Ana, CA 92706-2611
smg         EDI: EDD.COM May 11 2011 02:08:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
             P.O. Box 826880,    Sacramento, CA 94280-0001
smg         EDI: CALTAX.COM May 11 2011 02:08:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
             P.O. Box 2952,    Sacramento, CA 95812-2952
28406150    EDI: BANKAMER.COM May 11 2011 02:08:00      Bank of America,    P.O. Box 15026,
             Wilmington, DE 19850-5026
28406151    EDI: BANKAMER.COM May 11 2011 02:08:00      Bank of America Visa Business,    PO Box 15710,
             Wilmington, DE 19886-5710
28406152    EDI: CHASE.COM May 11 2011 02:08:00      Chase Bank,    P.O. Box 94014,    Palatine, IL 60094-4014
28406153    EDI: CHASE.COM May 11 2011 02:08:00      Chase Marriott Rewards,    P.O. Box 94014,
             Palatine, IL 60094-4014
28406154   +EDI: CITICORP.COM May 11 2011 02:08:00      Citibank Business Card,    PO Box 688901,
             Des Moines, IA 50368-8901
28406147   +E-mail/Text: USTPregion16.SA.ECF@USDOJ.GOV May 11 2011 02:17:34     Office of the US Trustee,
             411 West Fourth Street,    Suite 9041,    Santa Ana, CA 92701-8000
28406170   +E-mail/Text: SHAYES@CALIFORNIASERVICEBUREAU.COM May 11 2011 02:15:32     True North,
             9 Commercial Blvd., Ste 201,    Novato, CA 94949-6139
28406172    EDI: WFFC.COM May 11 2011 02:08:00      Wells Fargo Bank, N.A.,    P.O. Box 4233,
             Portland, OR 97208-4233
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28406145*   +Cynthia  F. Murnane,    11341 Drysdale Lane,    Los Alamitos, CA 90720-2935
28406144*   +Timothy Paul Murnane, Jr.,    11341 Drysdale Lane,    Los Alamitos, CA 90720-2935
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0973-8          User: mlyonsC              Page 2 of 2              Date Rcvd: May 10, 2011
                              Form ID: b18               Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 12, 2011**            **Signature:** _Joseph Speetjens_

B18 (Official Form 18)(12/07)

# United States Bankruptcy Court
## Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Timothy Paul Murnane Jr.
aka Paul Murnane, aw Magnitude Strategy and Design

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**  xxx−xx−9973
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Discharge Date:** 5/10/11

**BANKRUPTCY NO.**  8:11−bk−10863−ES

**CHAPTER**  7

**JOINT DEBTOR INFORMATION:**
Cynthia F. Murnane
aw Magnitude Strategy and Design

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−8399
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Joint Debtor Discharge Date:**  5/10/11

**Address:**
11341 Drysdale Lane
Los Alamitos, CA 90720

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: May 10, 2011

**Kathleen J. Campbell**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 03/09) VAN−30

10 − 4 / MLG

B18 (Official Form 18) Cont.
Rev.(12/07)

**EXPLANATION OF BANKRUPTCY DISCHARGE**
**IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.